476 A.2d 74

Commonwealth v. Kropilak, Appellant.

Submitted February 3, 1984. James J. Phelan, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.